# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TAMMY PHILLIPS, LOUIS LUMPKIN, and ANTONIA FOXWORTH, individually and on behalf of all other similarly situtated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. 21-00404-KD-N ) |
| COASTAL FAMILY HEALTH CENTER, | ) ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Notice of Settlement (doc. 27) filed by Plaintiffs Tammy Phillips, Louis Lumpkin, and Antonia Foxworth. Plaintiffs report that they have reached a settlement in principle but request an order dismissing this action "without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order." (Id.)

Upon consideration, this action is **DISMISSED without prejudice subject to the right of either party to reinstate the action within forty-five (45) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 4th day of March 2022.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**